**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1278

LOUIS G. ANTONELLIS,

            Plaintiff - Appellant,

      v.

CUMBERLAND COUNTY BOARD OF EDUCATION; WILLIAM C. HARRISON;
JEFF JERNIGAN; DONNA WEEKS,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (5:07-cv-00188-H)

Submitted:  July 29, 2008          Decided:  September 17, 2008

Before NIEMEYER and KING, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Louis G. Antonellis, Appellant Pro Se.  Reid Calwell Adams, Jr.,
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina; Julie B. Bradburn, WOMBLE, CARLYLE, SANDRIDGE & RICE,
PLLC,, Raleigh, North Carolina; Mark P. Henriques, WOMBLE, CARLYLE,
SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Antonellis appeals the district court's order granting the Appellees' Motion to Dismiss. We have reviewed the record and find no reversible error. Accordingly, we deny Antonellis' motion to present oral argument and affirm for the reasons stated by the district court. <u>Antonellis v. Cumberland County Bd. of Educ.</u>, No. 5:07-cv-00188-H (E.D.N.C. Feb. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>